# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-7021**                                                         September Term, 2022

1:21-cv-00929-RC

**Filed On:** August 18, 2023

Shanique Perez,

    Appellant

    v.

Kipp DC Supporting Corporation, doing business as KIPP DC Shaw Qalicb, Inc., doing business as KIPP DC Douglas Qalicb, et al.,

    Appellees

    **BEFORE:**    Pillard and Katsas, Circuit Judges; and Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of the petitions for panel rehearing filed on July 13, 2023, by appellees Kipp DC and Capital City Public Charter School, Inc., it is

**ORDERED** that the petitions be denied.

### Per Curiam

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                BY:    /s/
                          Daniel J. Reidy
                          Deputy Clerk