# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7021**  **September Term, 2022**

1:21-cv-00929-RC

**Filed On:** August 18, 2023

Shanique Perez,

    Appellant

    v.

Kipp DC Supporting Corporation, doing business as KIPP DC Shaw Qalicb, Inc., doing business as KIPP DC Douglas Qalicb, et al.,

    Appellees

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of the petitions for rehearing en banc, filed by appellees Kipp DC and Capital City Public Charter School, Inc., the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petitions be denied.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Daniel J. Reidy
            Deputy Clerk